

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00235-CR

Nathan Manuel **CANALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-07-12935-CR
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 6, 2020.

_____
Irene Rios, Justice